UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD BURCHETT,

    Plaintiff,

v.

MASON COUNTY JAIL,

    Defendant.

Case No. C07-5718FDB-KLS

ORDER DISMISSING COMPLAINT

The Court, having reviewed the complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, and there being no objections filed, does hereby find and Order:

(1)     the Court adopts the Report and Recommendation;

(2)     plaintiff's complaint is DISMISSED with prejudice; and

(3)     the Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Karen L. Strombom.

DATED this 17th day of June 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1