# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD BURCHETT | JUDGMENT IN A CIVIL CASE |
| v. | |
| MASON COUNTY JAIL | CASE NUMBER: C07-5718FDB |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**


June 18, 2008                                BRUCE RIFKIN
                                             Clerk

                                             s/ D. Forbes
                                             By, Deputy Clerk